```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ALCOA INC., ET AL.,              )
    Plaintiffs,                  )
                                 )
    v.                           )   Civil Action No. 03-1180
                                 )
UNITED STATES OF AMERICA, ET AL.,)
    Defendants.                  )

### ORDER OF COURT

Before the Court is the parties' joint status report [document #48], wherein the parties advise of a partial resolution of this matter, withdraw defendants' pending motion for partial dismissal, and request administrative closure. As further articulated by the parties, currently pending in the United States Court of Appeals for the Third Circuit is an appeal, <u>E.I. duPont de Nemours & Co. v. United States</u>, the resolution of which will have a direct bearing on the remaining issues in the instant case.

Therefore, this 7th day of February, 2006, IT IS HEREBY ORDERED that defendants' motion for partial dismissal [document #30] is denied, without prejudice.

IT IS FURTHER ORDERED that, in the interest of judicial economy, the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc:   All Counsel of Record